UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| BRIAN DAVID MATTHEWS, | |
|---|---|
| Plaintiff, | CASE NO. 3:15-CV-05795-BHS-JRC |
| v. | ORDER DENYING MOTION FOR THE U.S. MARSHAL TO EXECUTE SERVICE OF PROCESS UPON DEFENDANTS GLEBE AND SULLIVAN |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS et al., | |
| Defendants. | |

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

Before the Court is plaintiff's motion for the U.S. Marshal to Execute Service of Process upon defendants Glebe and Sullivan. Dkt. 8. However, defendants Glebe and Sullivan have already been served in this matter and have entered waivers of service. Dkt. 9. Thus, plaintiff's motion (Dkt. 8) is denied as moot.

Dated this 4th day of December, 2015.

J. Richard Creatura
United States Magistrate Judge

ORDER DENYING MOTION FOR THE U.S.
MARSHAL TO EXECUTE SERVICE OF
PROCESS UPON DEFENDANTS GLEBE AND
SULLIVAN - 1